# Third District Court of Appeal
## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2308
Lower Tribunal No. 25-6697-CA-01
_____

**Elizabeth Moore,**
Appellant,

vs.

**My Home's Evolution LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Michel O. Weisz, P.A., and Michel O. Weisz, for appellant.

No appearance, for appellees.

Before GORDO, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.